UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-mj-8077-RMM

UNITED STATES OF AMERICA,

v.

JAVIER GUTIERREZ-HERNANDEZ,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?   NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   NO

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   NO

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   NO

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Fla Bar #: 0648477
500 S. Australia Ave., Suite 500
West Palm Beach, FL 33401
E: Gregory.schiller@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JAVIER GUTIERREZ-HERNANDEZ,<br><br>*Defendant(s)* | Case No. 25-mj-8077-RMM |

FILED BY ___SP___ D.C.
Feb 12, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 11, 2025** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(2) and (b)(2) | Illegal re-entry after removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Deportation Officer Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/12/25

_____
Judge's signature

City and state:  West Palm Beach, FL    Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Javier GUTIERREZ-HERNANDEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about February 11, 2025, Javier GUTIERREZ-HERNANDEZ was arrested in Palm Beach County, Florida on charge of driving while license suspended. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Javier GUTIERREZ-HERNANDEZ is a native and citizen of Mexico. Records further show that on or about March 5, 2002, Javier GUTIERREZ-HERNANDEZ was ordered removed. The Order of Removal was executed on or about March 7, 2002, whereby Javier GUTIERREZ-HERNANDEZ was removed from the United States and returned to Mexico.

5. Thereafter, Javier GUTIERREZ-HERNANDEZ re-entered the United States illegally and was removed and returned to Mexico on two additional separate occasions, on or about following dates: February 13, 2023, and November 21, 2023.

6. Records further show that Javier GUTIERREZ-HERNANDEZ was convicted of the following felony offenses:

- On or about February 8, 2002, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, of the offenses of Aggravate Assault (Firearm), and Carrying a Concealed Firearm, in case number 2000CF00897A.

- On or about November 14, 2007, in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, of the offense of Grand Theft, in case number 2007CF004405B.

- On or about November 15, 2023, in the United States District Court, Southern District of Texas, of the offense of Illegal Re-Entry, in case number 23CR00485.

7. Javier GUTIERREZ-HERNANDEZ's fingerprints taken in connection with his February 11, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Javier GUTIERREZ-HERNANDEZ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Javier GUTIERREZ-HERNANDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Javier GUTIERREZ-HERNANDEZ obtained consent from the Attorney General of the United States

2

or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about February 11, 2025, Javier GUTIERREZ-HERNANDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4.1 this \_\_12\_\_ day of February 2025.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   JAVIER GUTIERREZ-HERNANDEZ

**Case No**:   25-mj-8077-RMM

Count #:  1

Illegal re-entry after removal

Title 8, United States Code, Section 1326(a)(2) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.